UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08
```

| | |
|---|---|
| IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL 1358<br>Master File C.A. No. 1:00-1898 (SAS) |

This document refers to:

City of Tampa Bay Water District v. Amerada Hess Corp., et al 07-CV-4012

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Giant Yorktown, Inc. shall be and hereby is dismissed from the above action without prejudice. Each party to bear its own costs.

So ordered.

Dated: March 11, 2008

_____
Hon. Shira A. Scheindlin
U.S.D.J.

1

Date: 2-27-08

By: /s/ William J. Dubanevich

William J. Dubanevich (WD5969)
Marc Jay Bern, Esq.
Napoli Bern Ripka, LLP
3500 Sunrise Highway
Suite T-207
Great River, New York 11739

Counsel for Plaintiffs


Date: 2-26-08

By: /s/ Robert F. Redmond

Robert F. Redmond, Jr.
Clement D. Carter
Gray B. Broughton
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia 23218-1320

Counsel for Defendant Giant Yorktown, Inc.

1448278v1

2