```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER (MTBE) PRODUCTS LIABILITY LITIGATION | Master File No:.1:00CV1898<br>MDL 1358 (SAS) |
| This document pertains to all cases. | ORDER GRANTING ADMISSION OF ELAINE M. MALDONADO-MATÍAS |

### ORDER

This Court has considered the unopposed request of Total Petroleum Puerto Rico and Total Oil, Inc., to admit Elaine M. Maldonado-Matías of Sepulvado & Associates, PSC, and the request is hereby **GRANTED**. *Citibank Tower, Suite 1202, 252 Ponce de León Ave, San Juan, Puerto Rico 00918*

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Elaine M. Maldonado-Matías, Esq, is admitted to practice before this Court *pro hac vice* on behalf of Total Petroleum Puerto Rico Corporation and Total Oil, Inc. in this civil action upon the deposit of the required $25 fee to the Clerk of the Court.

DATED: Sept 12, 2008

_____
Honorable Shira A. Scheindlin
United States District Judge