UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCT LIABILITY LITIGATION | Master File No. 1:00cv1898 (SAS)<br>MDL 1358 (SAS)<br>M21-88 |

This document pertains to:

*All Cases*

------------------------------------x

## [PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL

The motion to withdraw the appearance of Anthony A. Orlandi as counsel of record for Defendant Gulf Oil Limited Partnership, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**.

SO ORDERED

Dated: __5|19__, 2011

Hon. Shira A. Scheindlin
United States District Judge