

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In Re: Methyl Tertiary Butyl Ether Products
Liability Litigation

This document pertains to:

*Incorporated Village of Mineola v.*
*AGIP Inc., et al.*, Case No. 03-CV-10051

*West Hempstead Water District v.*
*AGIP Inc., et al.*, Case No. 03-CV-10052

*Carle Place Water District v.*
*AGIP Inc., et al.*, Case No. 03-CV-10053

*Town of Southampton, et al. v.*
*AGIP Inc., et al.*, Case No. 03-CV-10054

*Village of Hempstead v. AGIP Inc., et al.*,
Case No. 03-CV-10055

*Town of East Hampton, et al. v.*
*AGIP Inc., et al.*, Case No. 03-CV-10056

*Westbury Water District v. AGIP Inc., et al.*,
Case No. 03-CV-10057

*Homosassa Water District v. Amerada Hess*
*Corp., et al.*, Case No. 07-CV-4009

*City of Inverness v. Amerada Hess Corp., et al.*,
Case No. 07-CV-4011

*Tampa Bay Water District v. Amerada Hess*
*Corp., et al.*, Case No. 07-CV-4012

*City of Crystal River v. Amerada Hess Corp., et*
*al.*, Case No. 07-CV-6848

*Manhasset-Lakeville Water District v. Amerada*
*Hess Corp., et al.*, Case No. 08-CV-7764

*Riverhead Water District v. Amerada Hess*
*Corp., et al.*, Case No. 08-CV-7766

------------------------------------------------------

ORDER

Master File No. 1:00-1898
MDL 1358 (SAS)
M21-88
Civil Action

*Greenlawn Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9619

*Town of Huntington/Dix Hills Water District v. Amerada Hess Corp., et al.*, 08-CV-9620

*South Huntington Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9621

*City of Glen Cove v. Amerada Hess Corp., et al.*, Case No. 08-CV-9622

*Plainview Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9667

*Oyster Bay Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-9994

*Garden City Park Water District v. Amerada Hess Corp., et al.*, Case No. 08-CV-11056

## STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST SETTLING DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation (collectively, "Settling Defendants"), have advised the Court that they have resolved the matters between them and agree to the entry of this Stipulation and Order of Dismissal of the claims against the Settling Defendants as indicated by the signature of the respective counsel below. This Court finds that this Stipulated Order of Dismissal should be entered with the findings included below:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. This Court has jurisdiction over the Parties to this Stipulation and over the subject matter of this action. The Parties to this Stipulation have advised the Court of their agreement to

settle the captioned matters pursuant to a Settlement Agreement and this Stipulated Order of Dismissal.

2. The Parties to this Stipulation consent to the dismissal of the captioned actions as to the Settling Defendants only, including all claims and counterclaims, with prejudice.

3. Each party shall bear its own costs and attorneys' fees.

**AGREED TO AND ACCEPTED BY:**

Dated: 12/19/11

**NAPOLI BERN RIPKA & ASSOCIATES, LLP**

By: _____

Tate J. Kunkle, Esq.
Empire State Building
350 Fifth Avenue, Suite 7413
New York, New York 10118
Phone: (212) 267-3700

*Attorney for Plaintiffs*

Dated: 12/15/11

**McDERMOTT WILL & EMERY, LLP**

By: _____

Peter John Sacripanti, Esq.
Stephen J. Riccardulli, Esq.
340 Madison Avenue
New York, New York 10173
Phone: (212) 547-5400

*Attorney for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, Inc., Exxon Corporation, ExxonMobil Chemical Corporation, ExxonMobil Oil Corporation, and Mobil Corporation*

SO ORDERED:

_____
The Honorable Shira A. Scheindlin
United States District Judge

Dated: Dec 21, 2011.